No. P68/229.—Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 58/9305, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the items marked "B" or "C" covered by the foregoing protests consist of garden hose accessories (shutoffs, connections, snap attachments, fan sprays) used in and around family dwellings for household purposes, each item being attached to the end of a garden hose in the same manner as the nozzles the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859); that the items marked "B" are in chief value of brass; and that the items marked "C" are in chief value of zinc, the claims of the plaintiffs were sustained.

No. P68/230.—Airesearch Manufacturing Company *v.* United States, protests 63/10217, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of air data computers for F–104 aircraft similar in all material respects to those the subject of *Railway Express Agency, Inc., a/c Airesearch Manufacturing Co.* v. *United States* (55 Cust. Ct. 328, C.D. 2598), affirmed in *Id.* v. *Id.* (57 Cust. Ct. 304, C.D. 2797), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 1, 1968

No. P68/231.—Asiatic Import Co., Inc., et al. *v.* United States, protests 63/23180, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.